UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIE R. MCNEIL, III,

                              Plaintiff,

            -against-

NYC HHC, HARLEM HOSPITAL
CENTER; NEW YORK CITY; NEW YORK
STATE,

                              Defendants.

23-CV-10015 (LGS)

ORDER OF SERVICE

LORNA G. SCHOFIELD, United States District Judge:

Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.

The Clerk of Court is directed to issue summonses as to Defendants New York City

HHC; New York City; and the State of New York. Plaintiff is directed to serve the summons and

complaint on each Defendant within 90 days of the issuance of the summonses.[1]  If within those

90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the

Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of

Civil Procedure for failure to prosecute.

SO ORDERED.

Dated:  November 29, 2023
        New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a
summons be served within 90 days of the date the complaint is filed, the summons in this case
was not issued when Plaintiff filed the complaint because he had not paid the filing fee. The
Court therefore extends the time to serve until 90 days after the date the summons is issued.